# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147688

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

                                   SC: 147688
                                   COA: 313382
GREGORY ALAN FERQUERON,           Oakland CC: 1994-130590-FC
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 22, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



                              Clerk

s1216